# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TROY COACHMAN,<br><br>            Plaintiff,<br><br>vs.<br><br>SEATTLE AUTO MANAGEMENT, INC. dba MERCEDES BENZ OF SEATTLE and AL MONJAZEB<br><br>            Defendants. | CASE NO.: 2:17-CV-00187-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE TO ACCOMMODATE WITNESSES |

## **ORDER**

Having reviewed the Stipulated Motion to Continue Discovery Deadline to Accommodate Witnesses, the Court hereby GRANTS the motion. The depositions of Jason Graham and American Fidelity Assurance may be conducted after the discovery cutoff.

DONE IN OPEN COURT this 27 day of March, 2018

                                              */s/ Ricardo S. Martinez*
                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO CONTINUE DISCOVERY- 1
(2:17-CV-00187)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711