The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8
9
10

TROY COACHMAN,

Plaintiff,

vs.

SEATTLE AUTO MANAGEMENT, INC. dba
MERCEDES BENZ OF SEATTLE and AL
MONJAZEB

Defendants.

CASE NO.:  2:17-CV-00187-RSM

**[PROPOSED] PRETRIAL ORDER**

11
12
13
14
15
16
17

## I.  JURISDICTION

Jurisdiction is vested in this court by virtue of 28 U.S.C. § 1331.  This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

## II. CLAIMS AND DEFENSES

At trial, the Plaintiff will pursue against Defendant Seattle Auto Management Inc. d/b/a Mercedes Benz of Seattle ("hereinafter Mercedes Benz Seattle") claims of disability discrimination and failure to accommodate in violation of the Americans with Disabilities Act. Plaintiff will pursue claims against both Defendant Mercedes Benz Seattle and Al Monjazeb for

18
19
20
21
22
23
24
25
26
27

[PROPOSED] PRETRIAL ORDER -1-
(2:17-CV-00187)

disability discrimination and failure to accommodate in violation of the Washington Law Against Discrimination.

The Defendant Mercedes Benz of Seattle will pursue the following affirmative defenses and/or claims:

1.    After Acquired Evidence

2.    Undue Hardship

3.    Absence of an accommodation that would have permitted Plaintiff to perform essential functions of his former position.

4.    Plaintiff was not a qualified person with a disability.

5.    Plaintiff rejected an unconditional job offer.

6.    Plaintiff failed to mitigate damages, if any.

The Defendant Al Monjazeb will pursue the following affirmative defenses and/or claims:

1.    After Acquired Evidence

2.    Undue Hardship

3.    Absence of an accommodation that would have permitted Plaintiff to perform essential functions of his former position.

4.    Plaintiff was not a qualified person with a disability.

5.    Plaintiff rejected an unconditional job offer.

6.    Plaintiff failed to mitigate damages, if any.

### III. ADMITTED FACTS

The following facts are admitted by the parties:

1.    Mr. Coachman began his employment with Phil Smart Mercedes in 2008.

[PROPOSED] PRETRIAL ORDER -2-
(2:17-CV-00187)

2.      Mercedes Benz Seattle acquired Phil Smart Mercedes in December 2011.

3.      Al Monjazeb is the sole owner of Seattle Auto Management d/b/a Mercedes Benz Seattle.

4.      Throughout his tenure with Mercedes Benz Seattle and its predecessor, Mr. Coachman worked as the Finance Director. His job involved supervising the finance department's regulatory compliance and deal making, as well as selling after-market financial and insurance products to Mercedes Benz customers.

5.      In 2013 and 2014, Mr. Coachman generated a total of $2,310,522.00 in sales.

6.      Doctors diagnosed Mr. Coachman with vocal cord cancer in March 2014.

7.      Mr. Coachman took an unpaid leave of absence from May 10 – July 12, 2014 to complete his cancer treatment.

8.      Mr. Coachman returned to work on July 12, 2014.

9.      In August 2014, Mr. Coachman's cancer returned.

10.     Mr. Coachman requested medical leave from August 31 to November 10, 2014, for cancer treatment.

11.     Mr. Coachman underwent a total laryngectomy on September 19, 2014.  Surgeons removed his larynx, including his vocal cords.

12.     Following his surgery, Mr. Coachman had a physical impairment, in that he no longer had vocal chords, that substantially limited one or more major life activities, including his ability to speak.

13.     Mr. Coachman used a voice prosthetic to speak after his surgery.

14.     On October 14, 2015, Mr. Coachman developed a wound at his surgical site. Doctors placed a feeding tube which was removed on October 31, 2014.

[PROPOSED] PRETRIAL ORDER -3-
(2:17-CV-00187)

15.     After his surgery, Mr. Coachman visited the dealership a number of times, but before his medical team had authorized his return to work.

16.     Mr. Coachman went to the emergency room on November 27, 2014 due to a recurrence of the wound at his surgical site. Doctors again placed a feeding tube, which was removed on December 18, 2015.

17.     As a result of the wound at this throat, his medical team recommended that Mr. Coachman minimize his speech in December 2014 so that his wound could heal.

18.     Mr. Coachman notified the General Manager of his alleged release to return to work via text message.

19.     On December 30, 2014, Mr. Coachman received text messages from the General Manager and the General Sales Manager. The managers notified Mr. Coachman that he would need to meet with Defendant Monjazeb before he could return to work. A meeting never occurred after December 30, 2014.

20.     On January 1, 2015, Mr. Coachman sent a text message to Defendant Monjazeb asking for a meeting to discuss his return to work. Defendant Monjazeb expressed a willingness to meet with him the following week.  A meeting never occurred after January 1, 2015.

21.     On January 7, 2014, Defendant Monjazeb asked Ms. Lopez and Mr. Graham to inform Mr. Coachman that his employment was terminated.

22.     Defendants admit that one of the reasons they fired Mr. Coachman is because he could not perform the essential function of speaking.

23.     On February 11, 2015, Mr. Coachman began a temporary position working as a sales manager and a finance manager for a Subaru dealership.

[PROPOSED] PRETRIAL ORDER -4-
(2:17-CV-00187)

24.     Mr. Coachman received a third cancer diagnosis in May 2015 when doctors diagnosed a malignant mass in his lung.  He underwent chemotherapy treatment which resulted in significant nerve damage to his fingers called "polyneuropathy."

25.     Mr. Coachman became completely disabled from working due to cancer and complications from his treatment.

26.     Mr. Coachman does not seek recovery for lost wages for the period October 1, 2015 to present.

## IV.     DEFENDANTS' ADDITIONAL FACTS

1.     Between May 10, 2014 and December 31, 2014, Mr. Coachman took more than 25 weeks of medical leave.

2.     Mr. Coachman's medical leave from Mercedes Benz Seattle was unpaid.  While on medical leave, Mr. Coachman received monthly disability payments of $7,500.00 pursuant to his disability policy with American Fidelity Assurance.

3.     An application to the Social Security Administration, contains a statement attributed to Mr. Coachman that he became completely disabled and unable to perform any work as of April 30, 2015..

4.     On March 20, 2015, Defendants offered Mr. Coachman employment..

## V. ISSUES OF LAW

The following are the issues of law to be determined by the court. *Both parties request resolution of questions 1, 2, and 3 below prior to the start of trial.*

1.     Does an employer have a duty to engage in the interactive process and provide reasonable accommodations for the known or obvious disabilities of its employees when it is the

[PROPOSED] PRETRIAL ORDER -5-
(2:17-CV-00187)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

employer – not the employee – who believes the disability will prevent the employee from performing the essential functions of his job, pursuant to the Americans with Disabilities Act as Amended?

2.      May the jury consider Defendants' evidence of "after acquired evidence"?

3.      May the jury consider Defendants' evidence of an "unconditional offer of reinstatement"?

The following are the issues of law and fact to be determined by the jury:

4.      Was Mr. Coachman's disability a substantial factor in Defendant Mercedes Benz's decision to terminate his employment in violation of the Washington Law Against Discrimination?

5.      Did Defendant Mercedes Benz of Seattle terminate Troy Coachman's employment because of his disability in violation of the American Disabilities Act as Amended?

6.      Did Defendant Mercedes Benz of Seattle violate the Americans with Disabilities Act and/or the Washington Law Against Discrimination by failing to provide a reasonable accommodation for the known disability of employee Troy Coachman?

7.      If Defendant Mercedes Benz of Seattle did violate the American Disabilities Act as Amended, did the company act with malice or reckless indifference to Troy Coachman's right to be free from discrimination because of his disability?

8.      Was Mr. Coachman's disability a substantial factor in Defendant Al Monjazeb's decision to terminate Mr. Coachman's employment in violation of the Washington Law Against Discrimination?

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

9.     Did Defendant Al Monjazeb violate the Washington Law Against Discrimination by failing to provide a reasonable accommodation for the known disability of employee Troy Coachman?

## VI. EXPERT WITNESSES

The names and addresses of the expert witnesses to be used by each party at the trial and the issue upon which each will testify is:

ON BEHALF OF PLAINTIFF:

1. **Judy Clark**, SPHR, CPC, IPMA-CP (will testify)
7650 SW Beveland Street, Suite 130
Tigard, OR 97223.

Ms. Clark is certified as an expert in Human Resources practices and management and will testify regarding professional standards of human resource practices and the failure of Defendants to comply with industry standards as set forth in her report of April 4, 2018.

2. **Patricia N. Matteson**, MSW, (will testify)
Swedish Medical Center – Issaquah Campus
751 NE Blakely Drive
Issaquah, WA 98029

Ms. Matteson is an oncology social worker.  She formed her opinions during treatment of Mr. Coachman from April 22, 2014 – September 21, 2016. Ms. Matteson will testify regarding the emotional impact of Mr. Coachman's termination from Mercedes Benz Seattle.

3. **Douglas McDaniel**, CPA, CFF, CVA, IAR, MBA, MA (IS) (will testify)
11100 NE 8th Street, Suite 400
Bellevue, WA 98004
Mr. Douglas is a certified public accountant.  He will testify regarding economic damages as set forth in his report of April 4, 2018.

4. **Marie C. Repanich**, MS, CCC-SLP.  (will testify)
University of Washington Medical Center
1959 NE Pacific Street
Seattle, WA 98195

Ms. Repanich is a Speech Language Pathologist. She formed her opinions during treatment of Mr. Coachman since October 2014. Ms. Repanich will testify regarding her work as a speech pathologist, her experience with return-to-work of patients recovering from laryngectomy

[PROPOSED] PRETRIAL ORDER -7-
(2:17-CV-00187)

surgery, her treatment of Mr. Coachman, his ability to communicate, and his ability to return to work.  Ms. Repanich may testify regarding the emotional impact of Mr. Coachman's termination from Mercedes Benz Seattle.

5. **Carol Ann Stimson**, ARNP (will testify)
University of Washington Medical Center
1959 NE Pacific Street
Seattle, WA 98195

Ms. Stimson is a Nurse Practitioner. She formed her opinions during treatment of Mr. Coachman from approximately September 2014 to March 2015.  ARNP Stimson will testify regarding her treatment of Mr. Coachman, her experience with return-to-work of patients recovering from laryngectomy surgery, her observations of Mr. Coachman, his course of treatment, and his return-to-work date, and his ability to return to work.  ARNP Stimson may testify regarding the emotional impact of Mr. Coachman's termination from Mercedes Benz Seattle.

ON BEHALF OF DEFENDANTS:

None.

## VII. OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

**ON BEHALF OF PLAINTIFF:**

1. **Diane Baldwin** (will testify)
   Sales Manager Walkers Subaru/Mazda Renton
   22558 SE 13th St
   Sammamish WA 98075
   206-245-3054

Ms. Baldwin will be called to testify regarding Mr. Coachman's ability to perform the essential functions of his position in subsequent employment shortly after his termination from Mercedes Benz Seattle.

2. **Wendy Borgert** (will testify)
   Finance Director Walkers Subaru/Mazda Renton
   22558 SE 13th St
   Sammamish WA 98075
   206-245-3054

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

Ms. Borgert will be called testify regarding Mr. Coachman's ability to perform the essential functions of his position in subsequent employment shortly after his termination from Mercedes Benz Seattle.

3.    **Shirley Bunton** (will testify)
      542 N Second St
      Wellsville MO 63384
      206-384-6217

Ms. Bunton will be called to testify regarding her observations of Mercedes Benz Seattle management and her knowledge of the emotional impact of Mr. Coachman's termination from Mercedes Benz  Seattle.

4.    **Sarah Campbell** (will testify via deposition)
      American Fidelity Assurance,
      Assistant VP in Claims Dept
      Oklahoma City, Oklahoma.

Ms. Campbell is the corporate designee of the disability insurance carrier. She will be called to testify regarding the loss of disability benefits and disqualification for benefits proximately caused by Mr. Coachman's termination from Mercedes Benz Seattle.  She will also be called to authenticate certain business records of communications with Mercedes Benz Seattle employees.

5.    **Kris Capps** (possible witness only)
      Former Finance Manager
      6574 Schuett Lane
      Bremerton WA 98312
      360-710-3955; 360-692-2331

Mr. Capps may be called to testify regarding Mr. Coachman's medical leave, return to work, and his observations at the car dealership.

6.    **Troy Coachman** (will testify)
      c/o Frank Freed Subit & Thomas
      705 Second Avenue, Suite 1200
      Seattle, WA  98104-1798

[PROPOSED] PRETRIAL ORDER -9-
(2:17-CV-00187)

206 682-6711

Mr. Coachman is the Plaintiff in this matter and will testify as to the facts at issue in the

Complaint and Answer.

7.      **Sonya Costa** (possible witness only)
        14022 111th Ave E
        Puyallup WA 98274
        253-691-8584

Ms. Costa may be called to testify regarding Mr. Coachman's personal history and her

knowledge of the emotional impact of Mr. Coachman's termination from Mercedes Benz Seattle.

8.      **Joy Edwards** (possible witness only)
        Temporary Finance Manager
        PO Box 4026
        Everett WA 98204
        425-417-3623

Ms. Edwards may be called to testify regarding Mr. Coachman's medical leave, return to

work, and her observations at the car dealership.

9.      **Jason Graham** (will testify)
        Former General Manager
        4533 NE 55th St Bldg B
        Seattle WA 98105
        360-600-5288

Mr. Graham will be called to testify regarding Mr. Coachman's job performance, medical

leave, return to work, and termination.

10.     **Brandon Kindle** (possible witness only)
        Former Sales Consultant
        4226 N Cheyenne St
        Tacoma, WA 98407
        310-709-8345

Mr. Kindle may be called to testify regarding Mr. Coachman's medical leave, return to

work, and his observations at the car dealership.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

11.    Mercedes Benz of Seattle (**Samantha Hicks 30(b)(6) Designee**) (will testify via **deposition**)
Business Manager
C/o Sheryl Willert
Williams Kastner
601 Union Street, Suite 4100
Seattle, WA  98101-2380
206-628-2408

Samantha Hicks is the corporate designee of Defendant Mercedes Benz Seattle. She will be called to testify regarding Mr. Coachman's medical leave, return to work, and termination, Mercedes Benz Seattle's human resources policies, practices, and procedures, and Mercedes Benz Seattle's finances.

12.    **Allison Leahy**, RN, (possible witness only)
Seattle Cancer Care Alliance
825 Eastlake Ave. E.
Seattle, WA 98109

Ms. Leahy is a Registered Nurse. She may be called to testify regarding the completion of return-to-work paperwork by Dr. Eduardo Mendez.  She may also be called to authentic certain business records of Seattle Cancer Care Alliance including patient communication notes and Attending Physician Statements.

13.    **Delores Lopez**  (possible witness only)
Former HR Director of Mercedes Benz of Seattle
8222 82nd St NE
Marysville WA 98270
916-367-8683

Ms. Lopez may be called to testify regarding Mr. Coachman's medical leave, return-to-work, and termination.

14.    **Marci Miller** (possible witness only)
15548 417th Pl SE
North Bend WA 98045
206-399-9213

[PROPOSED] PRETRIAL ORDER -11-
(2:17-CV-00187)

Ms. Miller is a former customer of Mercedes Benz Seattle.  She may be called to testify regarding Mr. Coachman's job performance, his ability to perform the essential functions of his position after his January 2, 2015 medical release to return to work, and her knowledge of the emotional impact of Mr. Coachman's termination from Mercedes Benz Seattle.

15.    **Al Monjazeb** (will testify)
       C/o Sheryl Willert
       Williams Kastner
       601 Union Street, Suite 4100
       Seattle, WA  98101-2380
       206-628-2408

Mr. Monjazeb will be called to testify regarding Mr. Coachman's medical leave, return to work, and termination.

16.    **John Ramstetter** (possible witness only)
       Former General Sales Manager
       4875 South Monaco # 406
       Denver CO 80237
       206-412-5940

Mr. Ramstetter may be called to testify regarding Mr. Coachman's medical leave, return to work, and observations at the car dealership.

17.    **Kamala Saxton** (will testify)
       6445 Hampton Rd S
       Seattle WA 98118
       206-390-8591

Ms. Saxton will be called to testify regarding her knowledge of the emotional impact of Mr. Coachman's termination from Mercedes Benz of Seattle and her observations of Mr. Coachman's disabling condition subsequent to his termination.

[PROPOSED] PRETRIAL ORDER -12-
(2:17-CV-00187)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

19. **Christine Watson** (possible witness only)
    21636 SE 35th St
    Sammamish WA 98075
    425-246-3445

Ms. Watson may be called to testify regarding her knowledge of the emotional impact of

Mr. Coachman's termination from Mercedes Benz of Seattle.

20. **Kathy Kindberg** (possible witness only)
    705 Second Ave, suite 1200
    Seattle, WA  98104
    206-682-6711

Ms. Kindberg is a paralegal with the firm Frank, Freed, Subit & Thomas LLP.  She may

be called to testify regarding the authenticity and accuracy of certain summary exhibits and may

be called to testify regarding her investigation and interview of witnesses who may testify at

trial.

21. **David Loeser** (possible witness only)
    705 Second Ave, suite 1200
    Seattle, WA  98104
    206-682-6711

Mr. Loeser is a former paralegal with the firm Frank, Freed, Subit & Thomas LLP.  He

may be called to testify regarding his investigation and interview of witnesses who may testify at

trial.

22. **William Kim** (possible witness only)
    705 Second Ave, suite 1200
    Seattle, WA  98104
    206-682-6711

Mr. Kim is a former investigator with the firm Frank, Freed, Subit & Thomas LLP.  He

may be called to testify regarding his investigation and interview of witnesses who may testify at

trial.

[PROPOSED] PRETRIAL ORDER -13-
(2:17-CV-00187)

NOTE: Plaintiff reserves the right to call at trial any witness designated by Defendants.

**ON BEHALF OF DEFENDANT**:

Defendants reserve the right to call at trial any witness identified by Plaintiffs and/or any witness who has been disclosed during deposition discovery.  Defendants reserve the right to amend this Witness List at any time up to and including the time of trial.

**Witnesses Who Defendants Will Call to Testify**

**1.**     **Al Monjazeb**
c/o Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101
206-628-6600

Mr. Monjazeb will offer live testimony regarding certain aspects of this case including but not limited to Defendant Seattle Auto Management, Inc.'s policies against discrimination; retaliation and harassment; Plaintiff's job responsibilities and duties; Plaintiff's medical leave; Plaintiff's inability to communicate and perform the essential functions of his position; Defendants' offer of reinstatement; the Company's organization, sales performance, and commission plans; and the facts and circumstances of the claims alleged in Plaintiff's complaint.

**2.**     **Jason Graham**
4533 NE 55th Street, Bldg B
Seattle, WA  98105
360-600-5288

Mr. Graham will offer testimony live or via deposition regarding certain aspects of this case including but not limited to Defendant Seattle Auto Management, Inc.'s policies against discrimination, retaliation, and harassment; Plaintiff's job responsibilities and duties; Plaintiff's medical leave, Plaintiff's inability to communicate and perform the essential functions of his

[PROPOSED] PRETRIAL ORDER -14-
(2:17-CV-00187)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

position; the Company's organization, sales performance, and commission plans, and the facts and circumstances of the claims alleged in Plaintiff's complaint.

**3.**   **Samantha Hicks**
2013 SE Aberdeen Place
Renton, WA  98055
206-859-0908

Ms. Hicks will offer live testimony regarding certain aspects of this case, including but not limited to Defendant Seattle Auto Management, Inc.'s policies against discrimination; retaliation and harassment; Plaintiff's job responsibilities and duties; Plaintiff's medical leave; Plaintiff's inability to communicate and perform the essential functions of his position; Defendants' offer of reinstatement; the Company's organization, sales performance, and commission plans; and the facts and circumstances of the claims alleged in Plaintiff's complaint.

Ms. Hicks may also offer live testimony and testimony via deposition as Seattle Auto Management d/b/a Mercedes Benz Seattle's Corporate 30(b)(6) designee.

**4.**   **Cynthia Harper**
10000 Main St Unit 408
Bellevue, WA 98004
206-618-3593

Ms. Harper will offer live testimony regarding certain aspects of this case, including but not limited to her interactions with the Plaintiff in 2015.

**5.**   **Tia Deon**
4011 167th Dr. S.W.
Lynnwood, WA  98037

Ms. Deon will offer live testimony regarding certain aspects of this case, including but not limited to her interactions with the Plaintiff in 2015.

**6.**   **Erick Thund**
17416 N.E. 119th Way
Redmond, WA  98052

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

Mr. Thund will offer live testimony regarding certain aspects of this case, including but not limited to his interactions with the Plaintiff in 2015.

**7.    Brad Engelbrecht**
Former Owner of Car People, Inc.
206-818-9900

Mr. Engelbrecht is the former owner of Car People, Inc.  Mr. Engelbrecht will offer live testimony regarding certain aspects of this case, including but not limited to the business and operations of Car People, Inc.

**8.    Troy Coachman**
c/o Frank Freed Subit & Thomas
705 2nd Avenue, Suite 1200
Seattle, WA  98104

Mr. Coachman is the Plaintiff in this case.  He may offer live testimony regarding his employment at Mercedes Benz of Seattle.

**Witnesses Who Defendants May Call to Testify**

**9.    Delores Lopez**
8222 82nd Street NE
Marysville, WA  98270
916-367-8683

Ms. Lopez may offer live or deposition testimony regarding certain aspects of this case, including but not limited to Defendant Seattle Auto Management, Inc.'s policies against discrimination; retaliation and harassment; Plaintiff's job responsibilities and duties; Plaintiff's medical leave; Plaintiff's inability to communicate and perform the essential functions of his position; Defendants' offer of reinstatement; the Company's organization, sales performance, and commission plans; and the facts and circumstances of the claims alleged in Plaintiff's complaint.

[PROPOSED] PRETRIAL ORDER -16-
(2:17-CV-00187)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

**10.     Kris Capps**
        6574 Schuett Lane
        Bremerton, WA  98312
        360-710-3955; 360-692-2331

Mr. Capps may offer live testimony regarding certain aspects of this case, including but not limited to Defendant Seattle Auto Management, Inc.'s policies policies against discrimination; retaliation and harassment; Plaintiff's job responsibilities and duties; Plaintiff's medical leave; Plaintiff's inability to communicate and perform the essential functions of his position; Defendants' offer of reinstatement; the Company's organization, sales performance, and commission plans; and the facts and circumstances of the claims alleged in Plaintiff's complaint.

**11.     John Ramstetter**
        2929 1st Avenue, Apt 1119
        Seattle WA 98121
        206-412-5940

Mr. Ramstetter may offer live testimony regarding certain aspects of this case including but not limited to Defendant Seattle Auto Management, Inc.'s policies against discrimination; retaliation and harassment; Plaintiff's job responsibilities and duties; Plaintiff's medical leave; Plaintiff's inability to communicate and perform the essential functions of his position; Defendants' offer of reinstatement; the Company's organization, sales performance, and commission plans; and the facts and circumstances of the claims alleged in Plaintiff's complaint.

**12.     Amy Topping**
        1330 SW 10th Street
        North Bend, WA  98045
        206-854-4807

Ms. Topping may offer live testimony regarding certain aspects of this case, including but not limited to Defendant Seattle Auto Management, Inc.'s policies against discrimination; retaliation, and harassment; Plaintiff's job responsibilities and duties; Plaintiff's employment and

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

personnel records, Plaintiff's performance and evaluations; the Company's organization, sales performance, commission plans, job descriptions, policies and procedures; and the facts and circumstances of the claims alleged in Plaintiff's complaint.

**13.   Andrew Argosino**
       206-910-6809

Mr. Argosino may offer live testimony regarding certain aspects of this case, including but not limited to Plaintiff's job responsibilities and duties; Plaintiff's performance and evaluations, and the facts and allegations in the Complaint.

**14**.   **Renee Richter**
       206-604-1877

Renee Richter may have discoverable information regarding Plaintiff's medical records, requests for leave and disability benefits.

15.   Anetha Baccetti
       1133 Lake Washington Blvd N
       Unit F309
       Renton, WA  98056
       206-715-2857

Ms. Pascual may be called to testify regarding her interactions with Mr. Coachman when they worked together.

[PROPOSED] PRETRIAL ORDER -18-
(2:17-CV-00187)

# VIII. EXHIBITS

| Ex. No (Orig) | Ex. No. (New) | Date | Bates No. | Description | Admissibility Stipulated | Authenticity Admitted Admissibility Disputed | Authenticity and Admissibility Disputed | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| P-1. | 1. | | | Timeline [Fed. R. Evid. 1006] | | | X | |
| P-2. | 2. | | | Photo: Troy Coachman | | X | | |
| P-3. | 3. | 7/6/00 | | EEOC Guidance - FMLA, ADA, and Title VII (2000) | | X | | |
| NEW | 4. | 9/1/06 | | F&I Legal and Ethical Standards Certification presented to Troy Coachman | | X | | |
| P-4. | 5. | 5/30/08 | AFA000392 - 414 | Certificate of Insurance: Group Disability Income Benefits | X | | | |
| P-5. | 6. | 6/1/08 | AFA000302-358 | Certificate of Insurance: Limited Benefit Specified Disease Cancer Expense Policy | X | | | |
| P-6. | 7. | 1/1/11 | AFA000418-452 | Certificate of Insurance: Group Disability Income Benefits Policy | X | | | |
| P-7. | 8. | 5/13/11 | | Photo: Phil Smart Advertisement featuring Coachman | | | X | |
| NEW | 9. | 12/28/11 | MBS000089 | Coachman  Acknowledgment of Termination – Phil Smart [Timeline] | | X | | |
| P-8. | 10. | 12/29/11 | | Photo: Phil Smart & New Owner Al Monjazeb | | | X | |
| P-9. | 11. | 2012 | MBS000335 | Resume: Lopez | | X | | |
| P-10. | 12. | 2012 | TC000262 | Mercedes Master Certified Certificate of Achievement: Coachman | | | X | |
| P-11. | 13. | 02/28/12 | MBS000090 -92 | MBS Application for Employment: Coachman [Timeline] | X | | | |
| P-12. | 14. | 2/29/12 | MSB000051 | Employee Pay Plan – Finance Managers | | X | | |
| P-13. | 15. | 01/08/13 | MBS000748-756 | Gross Revenue Report - Coachman (1/8/13 - 8/30/14) | | X | | |
| P-14. | 16. | 01/16/13 | MBS000081 | Employee Handbook Receipt & Acknowledgment: Coachman | X | | | |
| P-15. | 17. | Feb. 2013 | | Employee Handbook | X | | | |
| NEW | 18. | 2014 | | Photo: Eduardo Mendez, MD | | | X | |
| P-17. | 19. | 1/12/14 | | Photo: Coachman 50th Birthday | | X | | |
| P-18. | 20. | 02/19/14 | MBS000036 | Payroll Status Change Form: Coachman [Timeline] | X | | | |
| NEW | 21. | 4/1/14 | SMC00012 | Swedish Medical Center, Surgical | | X | | |

[PROPOSED] PRETRIAL ORDER -19-
(2:17-CV-00187)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104–1798
(206) 682-6711

| Ex. No (Orig) | Ex. No. (New) | Date | Bates No. | Description | Admissibility Stipulated | Authenticity Admitted Admissibility Disputed | Authenticity and Admissibility Disputed | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| | | | 0 | Pathology Report [Timeline] CONFIDENTIAL | | | | |
| NEW | 22 | 4/22/14 | TC000222 | Attending Physician's Statement (RTW: 8/1/2014) [Timeline] | | X | | |
| P-19. | 23. | 05/10/14 | MBS000282 | Employer's Report of Claim – AFA [Timeline] | | X | | |
| P-20. | 24. | 07/07/14 | AFA000019 | Call record - AFA to Lopez | | X | | |
| P-21. | 25. | 07/17/14 | AFA000022 | Call record - Lopez to AFA | | X | | |
| P-22. | 26. | 07/17/14 | AFA000021 | Call record - AFA to Lopez | | X | | |
| NEW | 27. | 8/6/2014 | MBS000301 | UW Medicine Report of Pathology – recurrence of cancer [Timeline] CONFIDENTIAL | | X | | |
| P-23. | 28. | 08/30/14 | | Photo: Coachman and Friends | | X | | |
| NEW | 29. | 8/31/14 | AFA000063 | Attending Physician's Statement (RTW: 11/10/2014) [Timeline] | | X | | |
| P-24. | 30. | 09/01/14 | AFA000060-64 | Disability Claim Form: Coachman [Timeline] | | X | | |
| P-25. | 31. | 09/03/14 | MBS000277 | Attending Physician's Statement (RTW 11/10/14) | | X | | |
| P-26. | 32. | 09/03/14 | TC000293-294; TC000315-318; TC000320-321; TC000323 | Journal of Shirley Bunton (excerpted 9/3/2014-11/28/2014) [Timeline] | | | X | |
| P-27. | 33. | 09/04/14 | SCCA 000023 | Seattle Cancer Care Alliance - Patient Communication | | X | | |
| NEW | 34. | 9/16/14 | UWMC 000592 | UWMC medical records, admission to hospital [Timeline] CONFIDENTIAL | | X | | |
| P-28. | 35. | 09/17/14 | | Photo: Coachman and sister in hospital | | X | | |
| P-29. | 36. | 09/17/14 | | Photo: Coachman in hospital with whiteboard | | X | | |
| P-30. | 37. | 09/19/14 | MBS000281 | Email: Lopez to Johnson re electrolarynx | | X | | |
| P-31. | 38. | 10/10/14 | MBS000133 | MBS Business Attire & Appearance Policy | | X | | |

[PROPOSED] PRETRIAL ORDER -20-
(2:17-CV-00187)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104–1798
(206) 682-6711

| Ex. No (Orig) | Ex. No. (New) | Date | Bates No. | Description | Admissibility Stipulated | Authenticity Admitted Admissibility Disputed | Authenticity and Admissibility Disputed | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| P-32. | 39. | 10/10/14 | AFA000028 | Call record - AFA to Lopez | | X | | |
| NEW | 40. | 10/14/14 | UWMC 000312 | UWMC medical record, Repanich [Timeline] CONFIDENTIAL | | X | | |
| NEW | 41. | 10/14/14 | UWMC 000305 | UWMC medical record, Stimson [Timeline] CONFIDENTIAL | | X | | |
| P-33. | 42. | 10/24/14 | AFA000029 | Call Record - AFA to Diana | | X | | |
| NEW | 43. | 10/31/14 | UWMC 00295 | UWMC medical record, Stimson [Timeline] CONFIDENTIAL | | X | | |
| P-34. | 44. | 11/11/14 | MBS000308 | Letter: AFA to Coachman, Lopez re eligibility for benefits | | X | | |
| P-35. | 45. | 11/15/14 | AFA000078 | Request for Continuing Disability Benefits - AFA - Supplemental | | X | | |
| P-36. | 46. | Nov. 2014 | | Photo: Thanksgiving 2014 | | X | | |
| P-37. | 47. | 11/17/14 | AFA000079-80 | Attending Physician's Statement (with Fax cover sheet): (RTW 12/31/14) [Timeline] | | X | | |
| NEW | 48. | 11/19/14 | SCCA 000076 | Attending Physician's Statement (RTW 12/13/14) [Timeline] | | X | | |
| NEW | 49. | 11/27/14 | UWMC 000269 | UWMC medical record, ER Visit [Timeline] CONFIDENTIAL | | X | | |
| NEW | 50. | 12/2/14 | UWMC 000248 | UWMC medical record, Repanich, [Timeline] CONFIDENTIAL | | X | | |
| P-38. | 51. | 12/04/14 | SCCA 000020 | Seattle Cancer Care Alliance - Patient Communication | | X | | |
| NEW | 52. | 12/2/14 | UWMC 000253 | UWMC medical record, Stimson [Timeline] CONFIDENTIAL | | X | | |
| NEW | 53. | 12/4/14 | SCCA 000017 | SCCA medical record, Mendez CONFIDENTIAL | | X | | |
| P-39. | 54. | 12/05/14 | Monj Ex. 1 | Check Stub w/handwritten note Monjazeb to Coachman | X | | | |
| NEW | 55. | 12/18/14 | SCCA 000013-16 | SCCA medical record, Mendez [Timeline] CONFIDENTIAL | | X | | |
| NEW | 56. | 12/18/14 | SCCA 000075-78 | SCCA Attending Physician Statements [Timeline] | | X | | |
| P-40. | 57. | 12/18/14 | AFA000081-82 | Attending Physicians Statement (with Fax cover sheet): RTW 1/2/2015 [Timeline] | | X | | |
| P-41. | 58. | 12/29/14 | TC000021-22 | Text Messages: Coachman -- Graham (12/29/14-1/2/15) [Timeline] | | X | | |

[PROPOSED] PRETRIAL ORDER -21-
(2:17-CV-00187)

| Ex. No (Orig) | Ex. No. (New) | Date | Bates No. | Description | Admissibility Stipulated | Authenticity Admitted Admissibility Disputed | Authenticity and Admissibility Disputed | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| P-42. | 59. | 12/30/14 | TC000039-40 | Text Messages: Coachman -- Ramstetter (12/30/14-1/14/15) [Timeline] | | X | | |
| P-43. | 60. | 12/30/14 | MBS000020 | Email: Lopez to Graham re: Coachman w/handwritten notes | | X | | |
| P-44. | 61. | 12/31/14 | AFA000154 | Explanation of Disability Benefits [Timeline] | | X | | |
| P-45. | 62. | 12/31/14 | MBS000725 | 2014 Dealer Financial Statement | | X | | |
| P-46. | 63. | 1/1/15 | TC000020 | Text Messages: Coachman - Monjazeb (1/1/15) [Timeline] | X | | | |
| P-47. | 64. | 1/5/15 | AFA000002 | Call record - AFA to Coachman | | X | | |
| P-48. | 65. | 1/6/15 | TC000001 | Email: Coachman to Lopez / Watson [Timeline] | X | | | |
| NEW | 66. | 1/7/15 | UWMC 000243 | UWMC medical record, Repanich [Timeline] CONFIDENTIAL | | X | | |
| P-49. | 67. | 1/7/15 | MBS000022 | Email: Monjazeb to Lopez, Graham re: Coachman termination [Timeline] | | X | | |
| P-50. | 68. | 1/8/15 | MBS000021 | Email: Lopez to Coachman re employment termination (9:28 am) [Timeline] | X | | | |
| P-51. | 69. | 1/8/15 | TC000002-8 | Email: Lopez to Coachman re leave of absence | X | | | |
| P-52. | 70. | 1/20/15 | | Meet our Staff: Mercedes Benz Seattle | | | X | |
| P-53. | 71. | 1/20/15 | TC000541-551 | Text Messages: Coachman - Borgert - (1/20-4/23/15) | | X | | |
| P-54. | 72. | Feb. 2015 | TC000422-23 | Resume:  Coachman | | X | | |
| P-55. | 73. | 2/6/15 | WRS 000001-19 | Walkers Renton Subaru: Coachman Personnel and Payroll File [Timeline] | | X | | |
| NEW | 74. | February 2015 | | Photo - Renton Walker Subaru | | X | | |
| P-56. | 75. | 2/13/15 | | Letter: Bloom to Monjazeb re: litigation hold | | X | | |
| P-57. | 76. | 2/15/15 | | Photo: Coachman with Subaru Client | | X | | |
| P-58. | 77. | 2/18/18 | AFA000004 | Call record: AFA to Coachman | | X | | |
| P-59. | 78. | 2/18/15 | AFA000003 | Call record: AFA to Lopez | | X | | |
| P-60. | 79. | 2/19/15 | AFA000005 | Call record: AFA, Lopez re Coachman termination [Timeline] | | X | | |

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

| Ex. No (Orig) | Ex. No. (New) | Date | Bates No. | Description | Admissibility Stipulated | Authenticity Admitted Admissibility Disputed | Authenticity and Admissibility Disputed | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| P-61. | 80. | 3/11/15 | | Photo: Photo Coachman and Sandy Johnson and Sonya Costa (sister) in Cabo Mexico | X | | | |
| NEW | 81. | 5/14/15 | SMC 000631 | Swedish Medical Center, Surgical Pathology Report  [Timeline] CONFIDENTIAL | | X | | |
| P-62. | 82. | 6/1/15 | TC000087-88 | W2 Form – Subaru 2015 | X | | | |
| P-63. | 83. | 10/04/15 | | Photo: Coachman with Sister | | X | | |
| P-64. | 84. | 12/31/15 | MBS000726 | 2015 Dealer Financial Statement | | X | | |
| NEW | 85. | 2/5/16 | SMC000107 | Swedish Medical Group, chemotherapy induced neuropathy [Timeline] CONFIDENTIAL | | X | | |
| P-65. | 86 | 5/12/16 | | When Is Leave a Reasonable ADA Accommodation (SHRM) | | | X | |
| P-66. | 87 | 12/31/16 | MBS000727 | 2016 Dealer Financial Statement | | X | | |
| P-67. | 88. | 12/31/17 | MBS000728 | 2017 Dealer Financial Statement | | X | | |
| P-68. | 89. | 2018 | | Photo: Coachman current | | X | | |
| P-69. | 90. | 3/1/18 | TC000757-774 | Curriculum Vitae: Judy Clark excerpted | | X | | |
| P-70. | 91. | 3/12/18 | | Photo: MBS Finance Office | | | X | |
| P-71. | 92. | 3/12/18 | | Photo: MBS Finance Office II | | | X | |
| P-72. | 93. | 3/12/18 | | Photo: Al Monjazeb Office | | | X | |
| P-73. | 94. | 3/12/18 | | Photo: MBS Dealership Floor | | | X | |
| P-74. | 95. | 3/12/18 | | Photo: MBS Exterior | | | X | |
| P-75. | 96. | 3/12/18 | | Photo: White & Red Mercedes | | | X | |
| P-76. | 97. | 3/12/18 | | Photo: White Mercedes | | | X | |
| P-77. | 98. | 3/12/18 | | Photo: Blue Mercedes | | | X | |
| P-78. | 99. | 3/12/18 | | Photo MBS New Store exterior | | | X | |
| P-79. | 100. | 3/12/18 | | Photo: MBS Customer waiting area | | | X | |
| P-80. | 101. | 4/4/18 | | Curriculum Vitae: Douglas McDaniel | | X | | |
| P-81. | 102. | 8/24/18 | | Mercedes Benz - The best or nothing | | | X | |
| P-82. | 103. | 8/24/18 | | MBS -  Loyalty Webpage | | | X | |
| P-83. | 104. | 8/24/18 | | Video: Best of Ned Gerblansky https://youtu.be/zw8IWjnVDO4 | | | X | |
| P-84. | 105. | 8/24/18 | | Video: Video Ned Gerblansky - Lost Voice Box http://southpark.cc.com/clips/151264/t | | | X | |

[PROPOSED] PRETRIAL ORDER -23-
(2:17-CV-00187)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104–1798
(206) 682-6711

| Ex. No (Orig) | Ex. No. (New) | Date | Bates No. | Description | Admissibility Stipulated | Authenticity Admitted Admissibility Disputed | Authenticity and Admissibility Disputed | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| | | | | hat-things-funny | | | | |
| P-85. | 106. | 8/24/18 | | Video: Debi Austin https://youtu.be/wAaGbsHBacE | | | X | |
| A-1 | | | TC0001 | Email dated January 6, 2015 from Troy Coachman to Christine Watson | X | | | |
| A-2 | | | TC0002-4 | Email string dated January 8, 2015 between Dee Lopez and Troy Coachman | X | | | |
| A-3 | | | TC0004-8 | Email string dated December 31, 2014 through January 7, 2015 between Dee Lopez and Troy Coachman re Insurance | X | | | |
| A-4 | | | TC0017 | Email dated January 20, 2015 from Marci Miller to Troy Coachman | | X | | |
| A-5 | | | TC0096-115, 117-124 | Troy Coachman Job Search Log for Washington State Employment Security Department | | X | | |
| A-6 | | | TC0133 | Holiday bonus with handwritten notation | X | | | |
| A-7 | | | TC0450 | Zurich 2014 retro payment to Troy Coachman | | X | | |
| A-8 | | | TC0457-462 | Troy Coachman application for Social Security Administration Disability benefits dated November 20, 2015 | | X | | |
| A-9 | | | TC463-472 | Social Security Administration Function Report dated December 14, 2015 | | X | | |
| A-10 | | | TC0477-490 | Emails from Tricia Matteson, MSW | | X | | |
| A-11 | | | MBS0015-18 | Craigslist listings for finance manager | | | X | |
| A-12 | | | MBS0020-0103 | Excerpts of Troy Coachman personnel file | | X | | |
| A-13 | | | MBS0104 | Argosino Resignation Letter | | | X | |
| A-14 | | | MBS0108 | Andrew Argosino Payroll/Status Change Notice dated October 8, 2014 | | X | | |
| A-15 | | | MBS0220-221 | Joyce Edwards application for employment dated August 18, 2014 | X | | | |
| A-16 | | | MBS0238 | Joyce Edwards resignation note dated September 30, 2014 | | | X | |
| A-17 | | | MBS0343 | Email dated February 25, 2015 from | | X | | |

FRANK FREED SUBIT & THOMAS LLP Suite 1200 Hoge Building, 705 Second Avenue Seattle, Washington 98104-1798 (206) 682-6711

| Ex. No (Orig) | Ex. No. (New) | Date | Bates No. | Description | Admissibility Stipulated | Authenticity Admitted Admissibility Disputed | Authenticity and Admissibility Disputed | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| | | | | Renee Richter to Dee Lopez | | | | |
| A-18 | | | MBS0337-342 | Christopher Reade personnel file | | | X | |
| A-19 | | | MBS0344-383 | J & L Holdings and Seattle Auto Management Employee Handbook | X | | | |
| A-20 | | | MBS0729-738 | Premium payment to American Fidelity Assurance Company – period January 1, 2015 | | | X | |
| A-21 | | | MBS739-747 | Premium payment to American Fidelity Assurance Company – period February 1, 2015 | | | X | |
| A-25 | | | | Text messages between Marci Miller and Troy Coachman, exhibit 1 to Marci Miller deposition | | X | | |
| A-26 | | | TC0011 | Email dated January 19, 2015 from Marci Miller to Troy Coachman, exhibit 4 to Marci Miller deposition. | | X | | |
| A-27 | | | | Email string re ML Service, exhibit 3 to Christine Watson Deposition | | X | | |
| A-28 | | | | Email string re Friends & Family Preview of Good Bar, exhibit 7 to Christine Watson deposition | | X | | |
| A-29 | | | | Email string re Dates, exhibit 11 to Christine Watson deposition | X | | | |
| A-30 | | | UWMC0577-579, 0349-351, 0633-634, 0639-641, 0322-324, 0306-307, 0300-301, 0295-296, 0253-257 | Carol Anne Stimson, ARNP treatment notes dated 9/9/14, 9/22/14, 9/26/14, 9/29/14, 10/10/14, 10/14/14, 10/22/14, 10/31/14, 12/214 CONFIDENTIAL | | X | | |
| A-31 | | | UWMC0312-316, 0248-252, 0243-247, 0227-231, 0222-226, 0217-221, | Marie Repanich, SLP treatment notes dated 10/14/14, 12/2/14, 1/7/15, 3/4/15, 3/31/15, 5/26/15, 6/12/15, 7/2/15, 7/24/15, 9/28/15, 2/17/16, 4/20/16, 5/2/16, 6/1/16, 7/19/16, 8/11/16, 9/13/16, 10/19/16, 11/18/16, 12/8/16, 1/23/17, 2/17/17, 3/15/17, 4/13/17, 5/8/17, 8/9/17, 9/1/17 | | X | | |

[PROPOSED] PRETRIAL ORDER -25-
(2:17-CV-00187)

| Ex. No (Orig) | Ex. No. (New) | Date | Bates No. | Description | Admissibility Stipulated | Authenticity Admitted Admissibility Disputed | Authenticity and Admissibility Disputed | ADMITTED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0212-216, 0207-211, 0202-206, 0197-201, 0167-171, 0162-166, 0157-161, 0152-156, 0147-151, 0142-146, 0137-141, 0132-136, 0127-131, 0122-126, 0117-121, 0102-106, 0098-101, 0093-97, 0088-92, 0073-77, 0068-72 | CONFIDENTIAL | | | | | |
| A-32 | | | SCI0080, 0149-150, 0162, 0163, 0164-165, 0166, 0167, 0175-176, 0183, 0185, 0214, 0314-315, 0489-490 | Patricia Matteson, MSW treatment notes dated 4/22/14, 8/18/14, 1/16/15, 1/22/15, 1/29/15, 2/25/15, 2/26/15, 3/26/15, 5/7/15, 5/8/15, 5/18/15, 6/5/15, 8/28/15, 9/21/16 CONFIDENTIAL | | X | | | |
| A-33 | | | TC551; 536-537 | Text message between Troy Coachman and Wendy Bogert | | X | | | |
| A-34 | | | | West Resignation Letter | | | X | | |
| A-35 | | | SSA0001-309 | SSA Documents for Troy Coachman CONFIDENTIAL | | X | | | |
| A-36 | | | | Offer of Reinstatement | | | | | |
| A-37 | | | TC000556-627 | Text messages between Troy Coachman and Brandon Kindle | | | | | |

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104–1798
(206) 682-6711

## IX. DEPOSITION DESIGNATIONS

Defendants and Plaintiff may use portions of deposition transcripts at trial.  The parties have exchanged deposition designations pursuant to LCR 32(e).  Plaintiff intends to call Jason Graham and Dee Lopez via live testimony. Service of trial subpoenas is in process.  He reserves the right supplement deposition designations to include witnesses Graham and Lopez in the event they cannot be served. Video depositions are available upon request.

## X.      ACTION BY THE COURT

This case is scheduled for trial before a jury on October 1, 2018.  Trial briefs shall be submitted to the court on or before September 26, 2018.  Jury instructions requested by either party shall be submitted to the court on or before September 26, 2018.  Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before September 26, 2018.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order.  This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this___day of September, 2018.


_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104–1798
(206) 682-6711

FRANK FREED SUBIT & THOMAS

*/s/ Beth Barrett Bloom*
Beth Barrett Bloom, WSBA #31702
   */s/Anne E Silver*.
Anne E. Silver, WSBA #51695
Jamal N. Whitehead, WSBA No. 39818
bbloom@frankfreed.com
asilver@frankfreed.com


SCHROETER GOLDMARK & BENDER

 */s/ Jamal N. Whitehead*
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
whitehead@sgb-law.com

Attorneys for Plaintiff
TROY COACHMAN

WILLIAMS, KASTNER & GIBBS PLLC

*/s/ Jeffrey M. Wells*
Sheryl J. Willert, WSBA # 08617
Jeffrey M. Wells, WSBA #45840
swillert@williamskastner.com
jwells@williamskastner.com

Attorneys for Defendants
SEATTLE AUTO MANAGEMENT, INC.
AL MONJAZEB

[PROPOSED] PRETRIAL ORDER -28-
(2:17-CV-00187)

## CERTIFICATE OF SERVICE

I, Kathleen Kindberg, certify and state as follows:

1.      I am a citizen of the United States and a resident of the state of Washington; I am over the age of 18 years and not a party of the within entitled cause.  I am employed by the law firm of Frank Freed Subit & Thomas LLP, whose address is 705 Second Avenue, Suite 1200, Seattle, Washington 98104.

2.      I caused the foregoing document to be served upon counsel of record at the address and in the manner described below, on September 19, 2018.

| | |
|---|---|
| Sheryl J. Willert, WSBA #08617 | [  ]  U.S. Mail |
| Jeffery M. Wells, WSBA #45840 | [  ]  ABC Legal Messenger |
| WILLIAMS, KASTNER & GIBBS PLLC | [  ]  Facsimile |
| 601 Union Street, Suite 4100 | [X]  E-Mail |
| Seattle, WA 98101-2380 | [  ]  Via CM/ECF |
| Telephone: (206) 628-6600 | |
| swillert@williamskastner.com | |
| jwells@williamskastner.com | |

Attorneys for Defendants

I hereby declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington on this 19th day of September, 2018.

/s/ Kathleen Kindberg
Kathleen Kindberg

[PROPOSED] PRETRIAL ORDER -29-
(2:17-CV-00187)