Chief Judge Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TROY COACHMAN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SEATTLE AUTO MANAGEMENT, INC. dba MERCEDES BENZ OF SEATTLE and AL MONJAZEB,<br><br>　　　　　　　Defendants. | No.: 2:17-CV-00187-RSM<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** |

Plaintiff proposes the following voir dire questions:

1. Do any of you recognize, or have you heard of, plaintiff Troy Coachman?

2. Do any of you recognize, or have you heard of, defendant Al Monjazeb?

3. Are you or anyone in your family a current or past customer of Mercedes Benz of Seattle?

4. Do you know any of the attorneys?

    a. Beth Barrett Bloom

    b. Jamal Whitehead

    c. Anne Silver

PLTF.'S PROPOSED VOIR DIRE
(2:17-CV-00187) – 1

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

      d. Sheryl Willert

      e. Jeffrey Wells

5. Do you know the judge and/or any of the courtroom employees?

6. Does any member of the jury panel know another panel member?

7. Has anyone ever served as a juror in a criminal or civil trial?

8. If you have served as a juror, did the jury reach a verdict?

9. Does anyone need an accommodation to help you listen or sit comfortably during the trial?

10. Has anyone ever been involved as a party in a legal dispute – meaning a claim or a law suit filed by you or against you?

11. Has anyone ever served as a witness in a legal dispute – meaning a claim or a lawsuit?

12. Does anyone have a family member who has been involved in a legal dispute – meaning a claim or a lawsuit?

13. Does anyone have a close friend who has been involved in a legal dispute – meaning a claim or a law suit?

14. If you, a family member, or close friend has been involved in a legal dispute, did the dispute involve an employment matter?

15. Does anyone believe that if something bad happens to someone, it is usually that person's fault?

16. Does anyone feel that employees should not sue employers for being treated badly in the workplace?

17. Does anyone believe juries usually allow too much money?

PLTF.'S PROPOSED VOIR DIRE
(2:17-CV-00187) – 2

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

18. Does anyone believe that people should be allowed damages for pain and suffering only if they have been injured physically?

19. Would anyone have difficulty allowing monetary compensation for humiliation, personal indignity, stress, fear, anxiety, or anguish?

20. Have you or anyone in your family owned a Mercedes Benz?

21. Have you or anyone in your family owned any other brand of luxury-class vehicle?

22. Do you or a member of your household own a business?

23. Are you or a member of your household an officer of a corporation?

24. Do you or anyone in your household work in law enforcement?

25. Have you or anyone in your household served in the military?

26. Has anyone ever supervised other employees as part of their job?

27. Has anyone here ever made the decision to fire another employee from a job?

28. Does anyone have specialized knowledge – meaning education or training – in human resource management?

29. Has anyone ever been fired from a job?

30. Has anyone themselves, a family member, or a close friend, ever had difficulty in finding a job?

31. Does anyone have any specific beliefs or opinions about people who need a disability accommodation to perform their jobs that would make it difficult for you to be fair and impartial in this case, which involves disability accommodation in the workplace?

32. Do you have children or elderly parents whom you care for?

33. Has anyone themselves, a family member, or a close friend, been diagnosed with cancer?

PLTF.'S PROPOSED VOIR DIRE
(2:17-CV-00187) – 3

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

34. Has anyone themselves, a family member, or a close friend, ever needed to take a medical leave of absence from work due to an illness or injury?

35. Has anyone themselves, a family member, or a close friend, ever needed to request a disability accommodation in order to perform their job?

36. Having heard the questions put to you by the court, does any other reason suggest itself to you as to why you could not sit on this jury and render a fair verdict based on evidence presented to you and in the context of the court's instructions to you on the law?

37. The court staff passed along a list of witnesses expected to testify at trial. Do any of you know the witnesses?

    A. Witness List:
        1) Judy Clark
        2) Patricia Matteson
        3) Douglas McDaniel
        4) Marie Repanich
        5) Carol A. Stimson
        6) Diane Baldwin
        7) Wendy Borgert
        8) Shirley Bunton
        9) Sarah Campbell
        10) Kris Capps
        11) Sonya Costa
        12) Joy Edwards
        13) Jason Graham
        14) Brandon Kindle

PLTF.'S PROPOSED VOIR DIRE
(2:17-CV-00187) – 4

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

|     |     |                  |
| --- | --- | ---------------- |
| 1   | 15) | Samantha Hicks   |
| 2   | 16) | Allison Leahy    |
| 3   | 17) | Delores Lopez    |
| 4   | 18) | Marci Miller     |
| 5   | 19) | John Ramstetter  |
| 6   | 20) | Kamala Saxton    |
| 7   | 21) | Christine Watson |
| 8   | 22) | Kathy Kindberg   |
| 9   | 23) | David Loeser     |
| 10  | 24) | William Kim      |
| 11  | 25) | Cynthia Harper   |
| 12  | 26) | Tia Deon         |
| 13  | 27) | Erick Thund      |
| 14  | 28) | Brad Engelbrecht |
| 15  | 29) | Amy Topping      |
| 16  | 30) | Andrew Argosino  |
| 17  | 31) | Renee Richter    |
| 18  | 32) | Anetha Baccetti  |

DATED this 26th day of September, 2018.

FRANK FREED SUBIT & THOMAS LLP

*s/ Beth Barrett Bloom*

Beth Barrett Bloom, WSBA No. 31702
Anne Silver, WSBA No. 51695
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Tel: (206) 682-67111
bbloom@frankfreed.com
asilver@frankfreed.com

PLTF.'S PROPOSED VOIR DIRE
(2:17-CV-00187) – 5

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

SCHROETER GOLDMARK & BENDER

*s/ Jamal N. Whitehead*

Jamal N. Whitehead, WSBA No. 39818
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
whitehead@sgb-law.com

*Attorneys for Plaintiff*

PLTF.'S PROPOSED VOIR DIRE
(2:17-CV-00187) – 6

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the United States that a copy of the foregoing document was forwarded for service upon counsel of record:

| | |
|---|---|
| Sheryl J. Willert, WSBA # 08617<br>Jeffery M. Wells, WSBA #45840<br>WILLIAMS, KASTNER & GIBBS, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Tel: (206) 628-6600<br>swillert@williamskastner.com<br>jwells@williamskastner.com<br>*Attorneys for Defendants* | ☐ Via Facsimile<br>☐ Via First Class Mail<br>☐ Via Messenger<br>☐ Via Email<br>☒ Via CM/ECF |

DATED this 26th day of September, 2018, at Seattle, Washington.

SCHROETER GOLDMARK & BENDER

*s/ Virginia Mendoza*
_____
Virginia Mendoza, Legal Assistant
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Mendoza@sgb-law.com

PLTF.'S PROPOSED VOIR DIRE
(2:17-CV-00187) – 7

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711