UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY COACHMAN, | Case No. 17-187RSM |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| SEATTLE AUTO MANAGEMENT, INC. DBA MERCEDES BENZ OF SEATTLE AND AL MONJAZEB, | |
| Defendants. | |

We the jury, provide the following answers to the questions submitted by the Court:

QUESTION NO. 1:

Has Plaintiff proved his state WLAD disability discrimination claim by a preponderance of the evidence?

Yes ✓      No _____

QUESTION NO. 2:

Has Plaintiff proved his state WLAD failure to accommodate claim by a preponderance of the evidence?

Yes ✓      No _____

Jury Verdict Form – 1

QUESTION NO. 3:

Has Plaintiff proved his federal ADA disability discrimination claim by a preponderance of the evidence?

Yes ✓          No _____

QUESTION NO. 4:

Has Plaintiff proved his federal ADA failure to accommodate claim by a preponderance of the evidence?

Yes ✓          No _____

*If you answered "No" to every one of the previous questions, then do not answer the remaining questions and please sign and date the Verdict Form. Otherwise, continue to the next question.*

QUESTION NO. 5:

Have Defendants proved the affirmative defense of rejection of an unconditional job offer?

Yes _____          No ✓

*If you answered "Yes" to this question, adjust the amount of economic damages you award below as explained in the instructions.*

QUESTION NO. 6:

Have Defendants proved the affirmative defense of failure to mitigate?

Yes _____          No ✓

*If you answered "Yes" to this question, adjust the amount of damages you award below as explained in the instructions.*

QUESTION NO. 7:

Did Plaintiff suffer damages proximately caused by the actions of the Defendants?

Yes ✓          No _____

///

///

If yes, what do you find to be the amount of damages sustained by Plaintiff?

      Economic Damages: $ _236,812_

      Compensatory Damages: $ _4,697,248_

      Presiding Juror, please sign and date this Verdict Form.

      Dated this __11__ day of October, 2018.

Jury Verdict Form – 3