# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY COACHMAN | JUDGMENT IN A CIVIL CASE |
| v. | |
| SEATTLE AUTO MANAGEMENT, INC. DBA MERCEDES BENZ OF SEATTLE AND AL MONJAZEB | CASE NUMBER: C17-187RSM |

_xx_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that verdict is rendered in favor of plaintiff and against defendants in the amount of $236,812 in economic damages and $4,697,248 in compensatory damages. See verdict form for details.


| October 11, 2018 | WILLIAM M. McCOOL |
|---|---|
| | Clerk |
| | By    *s/Lowell Williams* |
| | Deputy Clerk |