UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TROY COACHMAN,<br><br>         Plaintiff,<br><br>v.<br><br>SEATTLE AUTO MANAGEMENT, INC. DBA MERCEDES BENZ OF SEATTLE AND AL MONJAZEB,<br><br>         Defendants. | No. C17-187 RSM<br><br>STIPULATED ORDER FOR DEPOSIT OF CHECK AS PARTIAL STAY OF JUDGMENT |

  This matter having come before the Court on the parties' Stipulated Motion for Deposit of Check as Partial Stay of Judgment, and the Court having considered the Motion, IT IS HEREBY ORDERED:

  Pursuant to Local Court Rule 67, defendants are hereby authorized to deposit into the Court Registry a $1,000,000 check from Federated Mutual Insurance Company, which shall be held by the Clerk as a portion of the necessary security to stay enforcement of the judgment in this matter pending issuance of the mandate in Ninth Circuit Court of Appeals Cause No. 18-35881.

//

//

//

**STIPULATED ORDER FOR DEPOSIT OF CHECK AS PARTIAL STAY OF JUDGMENT** - 1
No. 2:17-cv-00187-RSM

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974 FAX (206) 624-0809

DATED this 17th day of January 2019.

                                                       *[signature]*
                                                       RICARDO S. MARTINEZ
                                                       CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SMITH GOODFRIEND, P.S.

By: */s/Howard M. Goodfriend*
       Howard M. Goodfriend, WSBA # 14355

By: */s/Ian C. Cairns*
       Ian C. Cairns, WSBA # 43210

Attorneys for Defendants

SCHROETER GOLDMARK & BENDER

By: */s/Jamal N. Whitehead*
Jamal N. Whitehead, WSBA # 39818

Attorney for Plaintiff

STIPULATED ORDER FOR DEPOSIT OF CHECK AS PARTIAL STAY OF JUDGMENT - 2
No. 2:17-cv-00187-RSM

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974    FAX (206) 624-0809