*Honorable Ricardo S. Martinez*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TROY COACHMAN,<br><br>                       Plaintiff,<br><br>v.<br><br>SEATTLE AUTO MANAGEMENT, INC. DBA MERCEDES BENZ OF SEATTLE AND AL MONJAZEB,<br><br>                       Defendants. | No. 2:17-cv-00187-RSM<br><br>DECLARATION OF<br>IAN CAIRNS SUPPORTING DEFENDANTS' STIPULATED MOTION FOR APPROVAL OF SURETY BOND<br><br>NOTE ON MOTION CALENDAR:<br>January 17, 2019 |

I, IAN CAIRNS, hereby declare as follows:

1. Attached as Exhibit A is a copy of the surety bond issued by U.S. Specialty Insurance Company in the amount of $5,185,471.29.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 17th day of January, 2019.

By: */s/ Ian Cairns*
     IAN CAIRNS, WSBA No. 43210

DECLARATION OF IAN CAIRNS SUPPORTING DEFENDANTS' STIPULATED MOTION FOR APPROVAL OF SURETY BOND - 1
No. 2:17-cv-00187-RSM

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system which will send notification of such filing to all counsel of record.

**DATED** at Seattle, Washington this 17th day of January, 2019.

*/s/Andrienne E. Pilapil*

DECLARATION OF IAN CAIRNS SUPPORTING DEFENDANTS' STIPULATED MOTION FOR APPROVAL OF SURETY BOND - 2
No. 2:17-cv-00187-RSM

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

**U.S. Specialty Insurance Company**

Address for Service: 801 South Figueroa Street, Suite 700, Los Angeles, CA 90017

Bond No. <u>1001075780</u>
Premium: <u>$51,855.00</u> annually

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TROY COACHMAN, ) | |
| ) | |
| Plaintiff/Appellee, ) | Case No. <u>2:17-cv-00187-RSM</u> |
| V. ) | |
| ) | |
| SEATTLE AUTO MANAGEMENT, INC. DBA) | |
| MERCEDES BENZ OF SEATLLE AND AL ) | |
| MONJAZEB, ) | |
| ) | |
| Defendants/Appellants ) | |

WHEREAS, the above defendants desires to give an undertaking for <u>Appeal</u> provided by <u>Federal Rule of Civil Procedure 62(b).</u>

NOW, THEREFORE, <u>U.S. Specialty Insurance Company</u>, a corporation duly incorporated under the laws of <u>Texas</u> and authorized to do business in the State of <u>Washington</u>, as surety, does hereby obligate itself to the above plaintiff under said statutory obligations, in the sum of <u>Five Million One Hundred Eighty Five Thousand Four Hundred Seventy One and 29/100</u> Dollars ($5,185,471.29).

The condition to the obligation of surety is the failure of the appellants, after the appellate court mandate issues, to satisfy the judgment in full as it may be modified on review, together with interest, fees and costs.

In no event shall the Surety's liability under this bond exceed the penal sum of <u>Five Million One Hundred Eighty Five Thousand Four Hundred Seventy One and 29/100</u> Dollars ($5,185,471.29).

Signed and Sealed this <u>16th</u> day of <u>January,</u> <u>2019</u>.

U.S. Specialty Insurance Company

By: _____
Daniel Huckabay, Attorney-In-Fact

Exhibit A

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____Orange_____ )

On __January 16th, 2019_____ before me, _____Rudy Urieta, Notary Public_____
(insert name and title of the officer)

personally appeared _____Daniel Huckabay_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

RUDY URIETA
COMM. #2159828
Notary Public-California
ORANGE COUNTY
My Comm. Expires Jul 14, 2020

Signature _____ (Seal)
Rudy Urieta

# POWER OF ATTORNEY

**AMERICAN CONTRACTORS INDEMNITY COMPANY  TEXAS BONDING COMPANY**
**UNITED STATES SURETY COMPANY  U.S. SPECIALTY INSURANCE COMPANY**

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

**Daniel Huckabay, Arturo Ayala, Dwight Reilly, Shaunna Rozelle Ostrom**
**Michael Castaneda or Frank Morones of Orange, California**

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed _____ ******* Twenty Million ******** _____ Dollars ($ *20,000,000.00* )**. This Power of Attorney shall expire without further action on November 3, 2019. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 1st day of November, 2016.

**AMERICAN CONTRACTORS INDEMNITY COMPANY  TEXAS BONDING COMPANY**
**UNITED STATES SURETY COMPANY  U.S. SPECIALTY INSURANCE COMPANY**

Corporate Seals

By: _____
Daniel P. Aguilar, Vice President

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles   SS:

On this 1st day of November, 2016, before me, Sabina Morgenstein, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)

SABINA MORGENSTEIN
Commission # 2129258
Notary Public - California
Los Angeles County
My Comm. Expires Nov 3, 2019

I, Kio Lo, Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this __16th__ day of ____January____, _2019_.

Corporate Seals

_____
Kio Lo, Assistant Secretary

Bond No. ___1001075780___
Agency No. ___8472___