*Honorable Ricardo S. Martinez*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TROY COACHMAN,<br><br>                           Plaintiff,<br><br>v.<br><br>SEATTLE AUTO MANAGEMENT, INC.<br>DBA MERCEDES BENZ OF SEATTLE<br>AND AL MONJAZEB,<br><br>                         Defendants. | No. 2:17-cv-00187-RSM<br><br>STIPULATED ORDER TO RELEASE FUNDS FROM COURT REGISTRY |

## I.    **STIPULATION**

This case has settled. The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the $1,000,000 in the Court Registry that was deposited by defendants, through Federated Mutual Insurance Company, on January 17, 2019 (Exhibit A), plus accrued interest, less than the retained investment fee, shall be released to:

    Smith & Goodfriend, P.S. Trust Account
    c/o Howard Goodfriend
    1619 8th Avenue North
    Seattle, Washington 98109

STIPULATED ORDER TO RELEASE
FUNDS FROM COURT REGISTRY - 1
No. 2:17-cv-00187-RSM

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974    FAX (206) 624-0809

## II. ORDER

This matter having come before the court upon the parties' stipulation for an order releasing funds in the Court Registry, now, therefore, it is hereby ORDERED as follows:

The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $1,000,000 plus all accrued interest, minus any statutory users fees, payable to Smith & Goodfriend, P.S. Trust Account and mail or deliver the check to:

> Smith & Goodfriend, P.S. Trust Account
> c/o Howard Goodfriend
> 1619 8th Avenue North
> Seattle, Washington 98109

DATED this 7 day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Stipulated to and Approved by:*

SMITH GOODFRIEND, P.S.

By: */s/Howard M. Goodfriend*
    Howard M. Goodfriend, WSBA # 14355

By: */s/Ian C. Cairns*
    Ian C. Cairns, WSBA # 43210

Attorneys for Defendants


SCHROETER GOLDMARK & BENDER

By: */s/Beth Bloom*
    Beth Bloom, WSBA # 31702

Attorney for Plaintiff

STIPULATED ORDER TO RELEASE
FUNDS FROM COURT REGISTRY - 2
No. 2:17-cv-00187-RSM

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809