*Honorable Ricardo S. Martinez*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TROY COACHMAN,<br><br>        Plaintiff,<br><br>v.<br><br>SEATTLE AUTO MANAGEMENT, INC.<br>DBA MERCEDES BENZ OF SEATTLE<br>AND AL MONJAZEB,<br><br>        Defendants. | No. 2:17-cv-00187-RSM<br><br>STIPULATED<br>ORDER EXONERATING<br>SUPERSEDEAS BOND |

## I. STIPULATION

Plaintiff Troy Coachman and defendants Seattle Auto Management d/b/a Mercedes Benz of Seattle and Al Monjazeb, through their counsel of record, hereby stipulate to exonerate the supersedeas bond posted by U.S. Specialty Insurance Company in this case.

## II. ORDER

Pursuant to the parties' settlement agreement, the parties stipulate that Bond No. 1001075780, in which defendants are the principal, Troy Coachman is the beneficiary, and U.S. Specialty Insurance Company is the surety shall be of no further effect and that

STIPULATION AND ORDER
EXONERATING SUPERSEDEAS BOND - 1
No. 2:17-cv-00187-RSM

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974 FAX (206) 624-0809

the surety shall be released of any further obligations thereunder, now therefore it is hereby:

ORDERED that Bond No. 1001075780, filed in this action on January 22, 2019, is exonerated and is of no further force or effect and surety U.S. Specialty Insurance Company is hereby released of any further obligations under said bond or in this action.

DATED this 7 day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Stipulated to and Approved by:*

SMITH GOODFRIEND, P.S.

By: */s/Howard M. Goodfriend*
    Howard M. Goodfriend, WSBA # 14355

By: */s/Ian C. Cairns*
    Ian C. Cairns, WSBA # 43210

Attorneys for Defendants

SCHROETER GOLDMARK & BENDER

By: */s/Beth Bloom*
    Beth Bloom, WSBA # 31702

Attorney for Plaintiff

STIPULATION AND ORDER
EXONERATING SUPERSEDEAS BOND - 2
No. 2:17-cv-00187-RSM

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809